**TO: Clerk's Office**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

-v.-   17-M-208

VOLODYMYR NEDOVIZ   Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Peter W. Baldwin
Firm Name: U.S. Attorney's Office
Address: 271 Cadman Plaza East
         Brooklyn, NY 11201
Phone Number: 718-254-6236
E-Mail Address: Peter.Baldwin@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓  NO___
If yes, state description of document to be entered on docket sheet:

Affidavit in Support of Complaint and Arrest Warrant

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

The defendant is at large; public disclosure may result in flight and/or destruction of evidence

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK
       3/6/17

_____
**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 3/6/17
                              DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

3/6/17
DATE                                       SIGNATURE