# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Ramon Reyes__   Date: __3/7/17__

Magistrate Case Number: __17 M 208__   FTR #: __4:09 - 4:14__

Defendant's Name: __Volodymyr Nedoviz__

__✓__ Court appointed counsel.   ____ Defendant retained counsel.

Defense Counsel: __Cesar DeCastro  Steven Metcalf__   CJA: __✓__   FDNY: ____   RET: __✓__

A.U.S.A. __Peter Baldwin__   Clerk: __M. Gica__

Interpreter: __Yara Agourev__   Language: __Russian__

__✓__ ARRAIGNMENT on Complaint held.   __✓__ Government Agent Sworn

___ DETENTION HEARING Held:   ____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.   ____ Bond set on consent of both parties.

Defendant:   ____ released   ____ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

__✓__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____ ; or   __✓__ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

_____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

____ Identity hearing held. Court ____ orders removal ____ denies removal

____ Defendant waives: ____ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____